IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ISIAH PALMER, | § | |
| | § | No. 189, 2019 |
| Defendant Below, | § | |
| Appellant, | § | Court Below: Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID:  N1511007472A |
| STATE OF DELAWARE, | § | N1511007472B |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: November 20, 2019
Decided:    December 3, 2019

Before **VALIHURA, VAUGHN**, and **TRAYNOR**, Justices.

# O R D E R

This 3rd day of December, 2019, after careful consideration of the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its April 3, 2019 Order adopting the Commissioner's January 31, 2019 Report and Recommendation.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:


*/s/ Gary F. Traynor*
Justice